**United States District Court**
For the Northern District of California

*E-FILED 3/27/97*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN POWER CONVERSION CORPORATION,<br><br>     Petitioner/Plaintiff in foreign action,<br><br>v.<br><br>DAVID SHAO YI PING,<br><br>     Defendant in foreign action.<br>_____/ | NO. C 07-80082 MISC JF (RS)<br><br>**ORDER GRANTING APPLICATION FOR ISSUANCE OF SUBPOENA UNDER 28 U.S.C § 1782** |

Before the Court is the application of American Power Conversion Corporation, filed March 22, 2007, for an order under 28 U.S.C. § 1782 permitting it to serve a subpoena for the production of documents on Yahoo!, Inc., in connection with litigation now pending before the High Court of the Republic of Singapore. Good cause appearing it is hereby ordered that:

1. American Power may serve a subpoena in substantially the same form as attached as Exhibit B to its application. The subpoena shall specify a date for production of documents not less than 45 days after service.

2. A copy of this order shall be served with the subpoena. A copy of this order and a copy of the subpoena shall also be served on David Shao Yi Ping.

3. This order is without prejudice to the rights of any person to seek a protective order, or to quash or modify the subpoena under Rule 45 of the Federal Rules of Civil Procedure. Any motion seeking such relief shall be filed under this case number, and shall be noticed for hearing before the

undersigned in conformance with the Civil Local Rules.

IT IS SO ORDERED.

Dated: March 27, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER GRANTING APPLICATION FOR ISSUANCE OF SUBPOENA UNDER 28 U.S.C § 1782
C 07-80082 MISC JF (RS)

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Keith L. Wurster    keith.l.wurster@bakernet.com, robin.m.robledo@bakernet.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 3/27/07**                                              **Chambers of Judge Richard Seeborg**

                                                                **By:      /s/ BAK**

ORDER GRANTING APPLICATION FOR ISSUANCE OF SUBPOENA UNDER 28 U.S.C § 1782
C 07-80082 MISC JF (RS)

3